**MCGUIREWOODS LLP**
Latrice M. Burks (SBN 341043)
Wells Fargo Center, South Tower
355 S. Grand Avenue, Suite 4200
Los Angeles, California 90071
Tel.: (213) 457-6625
lburks@mcguirewoods.com

Attorneys for Bank of America, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JOSHUA BUCK,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A,<br><br>    Defendants. | Case No 5:22-CV-00428-JWH-KK<br><br>Judge John W. Holcomb<br>Magistrate Kenly Kiya Kato<br><br>**OFFER OF JUDGMENT**<br><br>Complaint Filed:  03/09/2022 |

To:   Joseph Brian Angelo, Esq.
      Gale Angelo Johnson and Pruett, PC
      1430 Blue Oaks Blvd,, Suite 250
      Roseville, CA 95747
      jangelo@gajplaw.com
*Counsel for Plaintiff*

Defendant Bank of America, N.A. ("BANA"), through undersigned counsel and pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby offers Plaintiff, Joshua Buck ("Plaintiff"), judgment for all counts that have been and could have been asserted in this action in the amount of One Thousand and One Dollars and

Zero Cents ($1,001.00), plus reasonable attorneys' fees and costs accrued by Plaintiff as of the date of this Offer of Judgment.

In tendering this Offer of Judgment, BANA does not admit any liability for any conduct that has been, or could have been, alleged in this action.  This Offer of Judgment, whether accepted or not, is made for the purposes specified in Federal Rule of Civil Procedure 68 and does not constitute an admission by BANA that it committed or failed to take the actions alleged in this action, or that Plaintiff has suffered damages, or to prove liability as to BANA in this or any subsequent litigation. If accepted, however, this Offer of Judgment shall end this action and shall preclude Plaintiff from re-litigating against BANA any matter arising out of, or relating in any way to, the claims and allegations in this action.

BANA requests that Plaintiff respond to this Offer of Judgment within 14 days of service.  If this Offer of Judgment is not accepted within 14 days of service, the Offer shall be deemed withdrawn and evidence of this Offer will be inadmissible except in any proceeding to recover costs.  Pursuant to Rule 68, if this Offer of Judgment is not timely accepted and the judgment that Plaintiff obtains is not more favorable than this offer, BANA is entitled to payment of all costs it incurs after this offer was made.

Dated: _____

Accepted: _____

DATED: August 9, 2022           MCGUIREWOODS LLP

By: *Latrice M. Burks*
Latrice M. Burks
Attorneys for Bank of America, N.A.

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, CA 90067-1501.

On August 9, 2022, I served the following document(s) described as **DEFENDANT BANK OF AMERICA, N.A.'S OFFER OF JUDGMENT** on the interested parties in this action by electronic delivery to the email address below:

**Gale Angelo Johnson and Pruet PC**   Attorney for PLAINTIFF
Joseph Brian Angelo, Esq.
1430 Blue Oaks Blvd., Suite 250
Roseville, California 95747
Phone (916) 290-7778
Facsimile: (916) 721-2767
Email: jangelo@gajp.com

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, CA, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☒ **BY ELECTRONIC DELIVERY:** I caused said document(s) to be transmitted electronically to the above addressees

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered the addressee(s). (C.C.P. § 1011)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 9, 2022, at Los Angeles, CA.

*Charlene Vital*
Charlene Vital