**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA BUCK,<br><br>       Plaintiff,<br><br>   vs.<br><br>BANK OF AMERICA, N.A.,<br><br>       Defendant. | Case No.: 5:22-cv-00428-JWH-KK<br><br>**JUDGMENT** |

1    Defendant Bank of America, N.A. submitted an offer of judgment pursuant to
2    Rule 68 to Plaintiff Joshua Buck on August 9, 2022.  Plaintiff accepted Bank of
3    America, N.A.'s offer on August 16, 2022.  Pursuant to the offer, judgment is
4    hereby **ENTERED** in **FAVOR** of Plaintiff and **AGAINST** Defendant in the amount
5    of $1,001.
6        Counsel for Plaintiff shall file its motion for attorney's fees and costs, which
7    is to be awarded separately from the $1,001 to be paid to Plaintiff.  Plaintiff's
8    counsel shall file its requests for attorney's fees and costs within 30 days from entry
9    of this judgment.
10       **IT IS SO ORDERED.**
11
12   DATED:___September 27, 2022___
13                                    Hon. John. W. Holcomb
                                      UNITED STATES DISTRICT JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28