Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Patrick, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorney for Plaintiff
Joshua Buck

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JOSHUA BUCK<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BANK OF AMERICA<br><br>　　　　Defendant. | Case No. 5:22-cv-00428-JWH-KK<br><br>**NOTICE OF SETTLEMENT BETWEEN BANK OF AMERICA, N.A. AND PLAINTIFF RE ATTORNEY'S FEES** |

　　　　Notice is hereby given that plaintiff Joshua Buck, by and through his attorneys, Gale Angelo Johnson & Patrick, P.C., and defendant Bank of America, N.A. have settled the outstanding motion regarding Plaintiff's reasonable attorney's fees and will be withdrawing the pending motion.

Date: June 22, 2023　　　　　　　　　*/s/ Joe Angelo*
　　　　　　　　　　　　　　　　　　Joe Angelo
　　　　　　　　　　　　　　　　　　Counsel for Plaintiff